FILED

MAR 0 2 2010

CLERK
NORTH...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-70225 HRL |
|---|---|---|
| Plaintiff | ) | [Proposed] ORDER GRANTING STIPULATED CONTINUANCE OF PRELIMINARY HEARING |
| v. | ) | |
| LANH TRAN-TU, | ) | |
| Defendant | ) | |

    Based on a stipulation by the parties, and for good cause shown, the parties' request for a continuance in the preliminary hearing is GRANTED. The current date of Thursday, March, 2010, in VACATED. The matter is re-calendared for Thursday, April 1, 2010, at 9:30 a.m.

    Also, based on the same stipulation, the court FINDS that the defendant, who is out of custody, has consented to extending the time for the preliminary hearing contained in Fed. R. Crim. P. 5.1(c) until April 1. 2010. The court further FINDS, based on facts in the stipulated motion, good cause exists, that good cause exists for the extension of time.

//

//

The court further FINDS that the 30 day time limit between arrest and indictment contained in 18 U.S.C. § 3161(b) has also been waived by the defendant until April 1, 2010.

IT IS SO ORDERED.

Date: March 2, 2010

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge