```
BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant TRAN-TU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LANH TRAN-TU,<br><br>　　　　　Defendant. | No.  CR 10-00317-JF/PVT<br><br>**UNOPPOSED MOTION TO CONTINUE; STATUS HEARING; [PROPOSED] ORDER**<br><br>Honorable Jeremy Fogel |

  Mr. Lanh Tran-Tu is charged with 18:554 fraudulently and knowingly attempting to export and send from the US merchandise.

  Mr. Tran-Tu made his first appearance in this matter on March 3, 2009 and is presently released on a $100,000.00 signature bond.

  This matter has been referred to the Honorable Judge Whyte for a settlement conference. At the last status hearing the parties informed the Court that they had been unsuccessful in scheduling a settlement conference, and the matter was put over to allow more time to do so. Since that date, defense counsel has been away from work for health reasons.  However the parties have now scheduled a settlement conference with Judge Whyte on Monday, October 4,

1  2010. The defense asks that the status hearing for Thursday, September 23, 2010, be continued
2  to Thursday, October 7, 2010 at 9:00 a.m.
3  Dated: September 22, 2010

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

UNOPPOSED MOTION RE: TRAVEL;
DECLARATION; [PROPOSED] ORDER
No. CR 10-00317-JF/PVT                                2

BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant TRAN-TU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>LANH TRAN-TU,  )<br>  )<br>             Defendant.  )<br>_____ ) | No.  CR 10-00317-JF/PVT<br><br>**DECLARATION OF NICHOLAS P. HUMY RE: UNOPPOSED MOTION TO CONTINUE; STATUS HEARING** |

I, Nicholas P. Humy, hereby declare as follows:

1.  I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. Our office has been appointed to represent Defendant Lanh Tran-Tu in the above-captioned case.

///

2. This matter has been referred to the Honorable Judge Whyte for a settlement conference. At the last status hearing the parties informed the Court that they had been unsuccessful in scheduling a settlement conference, and the matter was put over to allow more time to do so. Since that date, defense counsel has been away from work for health reasons. However the parties have now scheduled a settlement conference with Judge Whyte on Monday, October 4, 2010. The defense asks that the status hearing for Thursday, September 23, 2010, be continued to Thursday, October 7, 2010 at 9:00 a.m.

3. I have discussed these requests with AUSA Gary Fry, and he joins in these requests. Both counsel also agree that time should be excluded for effective preparation of defense counsel, and for continuity of defense counsel.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 22nd day of September 2010, in the Northern District of California.


_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

UNOPPOSED MOTION RE: TRAVEL;
DECLARATION; [PROPOSED] ORDER
No. CR 10-00317-JF/PVT                 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>LANH TRAN-TU, )<br>)<br>Defendant. )<br>_____ ) | No. CR 10-00317-JF/PVT<br><br>**UNOPPOSED MOTION TO CONTINUE; STATUS HEARING; [PROPOSED] ORDER**<br><br><br><br>Honorable Jeremy Fogel |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the September 23, 2010 status hearing is continued to Thursday, October 7, 2010 at 9:00 a.m.

   IT IS FURTHER ORDER THAT, 16 days shall be excluded from the period of time in which trial shall commence under the Speedy Trial Act as the reasonable time necessary for continuity of counsel and effective defense preparation, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv)

Dated: 9/28/10

_____
JEREMY FOGEL
United States District Judge

UNOPPOSED MOTION RE: TRAVEL;
DECLARATION; [PROPOSED] ORDER
No. CR 10-00317-JF/PVT                           5