1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TRAN-TU

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                          CR-10-00317-JF
   UNITED STATES OF AMERICA,        )   No. ~~CR-09-70225-HRL~~
12                                  )
                Plaintiff,          )   STIPULATION AND ~~[PROPOSED]~~
13                                  )   ORDER CONTINUING HEARING DATE
   vs.                              )   AND EXCLUDE TIME UNDER THE
14                                  )   SPEEDY TRIAL ACT
   LANH TRAN-TU,                    )
15                                  )
                Defendant.          )
16  _____ )

17                      **STIPULATION**

18      Defendant Lanh Tran-Tu, by and through Assistant Federal Public Defender Nicholas

19  Humy, and the United States, by and through Assistant United States Attorney Gary G. Fry,

20  hereby stipulate that, with the Court's approval, the court date currently scheduled for Thursday,

21  October 28, 2010, shall be continued to Thursday, December 2, 2010, at 9:00 a.m.

22      The purpose of the continuance is because defense counsel is unavailable.

23      The parties agree that the time between October 28, 2010, and December 2, 2010, is

24  excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of

25  counsel and effective preparation by defense counsel.

26  ///

Stipulation and [Proposed] Order
CR-09-70225 HRL                        1

IT IS SO STIPULATED.

Dated: October 28, 2010

           /s/
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: October 28, 2010

           /s/
GARY G. FRY
Assistant United States Attorney

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for October 28, 2010, shall be continued to Thursday, December 2, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that 35 days shall be excluded from the period of time in which trial shall commence under the Speedy Trial Act as the reasonable time necessary for continuity of counsel and effective defense preparation, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 11/3/10

                               
HONORABLE JEREMY FOGEL
United States District Judge