1   MELINDA HAAG (CASBN 132612)
    United States Attorney

2

    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   GARY G. FRY(CASBN 85582)
    Assistant United States Attorney

5

        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061

7

    Attorneys for Plaintiff
8

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13   UNITED STATES OF AMERICA,           )      No. CR 10-00317 JF
                                         )
14          Plaintiff                    )
                                         )
15                 v.                    )      Date:  N/A
                                         )      Time:  N/A
16   LANH TRAN-TU,                       )      Court: Honorable Jeremy Fogel
                                         )
17          Defendant                    )
                                         )
18   _____)

19

20          The United States, represented by Assistant United States Attorney Gary G. Fry, and the

21   defendant, represented by Assistant Federal Public Defender Nicholas P. Humy hereby file their

22   stipulation requesting that this court set a status hearing for Thursday, March 10, 2011, at 9:00

23   a.m. Both counsel were unavailable on the date of the last appearance for medical reasons. Based

24   on a request from both parties, the court took the case off calendar. No new date was set. Both

25   parties now request this matter be set for Thursday, March 10, 2010 at 9:00 a.m., and that time be

26   excluded based on the need of both parties for continuity of counsel.

27   //

28   //

1      The undersigned has discussed this topic with Mr. Humy, who agreed it would be

2 appropriate for this matter to be set for March 10, and he authorized me to so inform the court.

3

4

5

6 Date: Feb 17, 2011                                Respectfully submitted,

7                                              MELINDA HAAG

8                                              United States Attorney

9                                                 /s/

10                                            GARY G. FRY

11                                          Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA's . . .
[CR ]                                    2

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11          SAN JOSE DIVISION

12

13    UNITED STATES OF AMERICA,        )     No.10-00317 JF
                                       )
14          Plaintiff,                 )     **ORDER OF THE COURT SETTING**
                                       )     **STATUS CONFERENCE AND**
15    v.                               )     **EXCLUDING TIME FROM THE**
                                       )     **SPEEDY TRIAL ACT [18 U.S.C. §§ 3161**
16    LANH TRAN-TU,                    )     *et seq.*]
                                       )
17          Defendant.                 )
                                       )
18    _____  )

19

20          Based on a stipulation by all parties, and for good cause shown, the court ORDERS that

21    this matter be calendared for a status hearing on Thursday March 10, 2011, at 9:00 a.m.

22          Based on the facts, the court FINDS that a delay of ___ days is necessary to provide both

23    parties with continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

24          Therefore, based on the foregoing, the court ORDERS that a period from the date this

25    order is signed to March 10, 2011, is hereby excluded from the period of time that trial in this

26    //

27    //

28

Order of the Court Setting Status
Conference and Excluding Time
[CR 10-00317 JF]

1    matter would otherwise have to commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

2    IT IS SO ORDERED.

3

4    Date: _2/28/11_____

5    _____
     HON. JEREMY FOGEL
     United States District Judge
     Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of the Court Setting Status
Conference and Excluding Time
[CR 10-00317 JF]

                                                                              2