1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TRAN-TU

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,            )   No. CR-10-00317-JF
                                         )
13              Plaintiff,               )   STIPULATION AND [PROPOSED]
                                         )   ORDER CONTINUING HEARING
    vs.                                  )   DATE AND EXCLUDE TIME UNDER
14                                       )   THE SPEEDY TRIAL ACT
    LANH TRAN-TU,                        )
15                                       )
                Defendant.               )
16  _____)

17                         **STIPULATION**

18      Defendant Lanh Tran-Tu, by and through Assistant Federal Public Defender Nicholas

19  Humy, and the United States, by and through Assistant United States Attorney Gary G. Fry,

20  hereby stipulate that, with the Court's approval, the court date currently scheduled for Thursday,

21  March 10, 2011, shall be continued to Thursday, March 24, at 9:00 a.m.

22      The purpose of the continuance is the unexpected unavailability of government counsel.

23  Also, the parties are continuing their settlement discussions.

24

25

26

Stipulation and [Proposed] Order
CR-10-00317-JF                              1

The parties agree that the time between March 10, 2011, and March 24, 2011, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: March 8, 2011

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: March 8, 2011

_____/s/_____
GARY G. FRY
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED, that the hearing currently set for Thursday, March 10, 2011, shall be continued to Thursday, March 24, 2011, at 9:00 a.m.

IT IS FURTHER ORDERED that 14 days shall be excluded from the period of time in which trial shall commence under the Speedy Trial Act as the reasonable time necessary for continuity of defense counsel and effective defense preparation, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 3/9/11

_____
HONORABLE JEREMY FOGEL
United States District Judge